# United States District Court
# Western District of North Carolina
# Bryson City Division

| | | |
|---|---|---|
| Marcos Galindo-Xochihua, | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 2:13cv51 |
| | ) | 2:05cr3 |
| vs. | ) | |
| | ) | |
| United States of America, | ) | |
| | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 11, 2014 Memorandum of Decision and Order.

June 11, 2014

*Frank G. Johns*
Frank G. Johns, Clerk
United States District Court